**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7685**

PETER DIUGWU,

                Plaintiff – Appellant,

        v.

OFFICIALS AT POWHATAN CORRECTIONAL CENTER, Medical Staff
and Correctional Officials; OFFICIALS AT POCAHONTAS STATE
CORRECTIONAL   CENTER,   Medical   Staff   and   Correctional
Officials; DEEP MEADOW CORRECTIONAL CENTER, Medical Staff
and Correctional Officials,

                Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:10-cv-01037-GBL-TCB)

Submitted:  February 24, 2011        Decided:  March 3, 2011

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Peter Diugwu, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Diugwu appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Diugwu v. Officials at Powhatan Corr. Ctr., No. 1:10-cv-01037-GBL-TCB (E.D. Va. filed Nov. 15, 2010; entered Nov. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2